UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

Edward L. Henderson and
Andrea L. Henderson,

                                          Chapter 7
Debtors.                                  No. 15-10325-j7

## NOTICE OF DEADLINE FOR FILING OBJECTIONS TO MOTION FOR RELIEF FROM STAY

    Wells Fargo Bank, N.A. ("Creditor") filed a Motion for Relief from Stay in which it asks the Court to lift the stay on the 2007 Toyota FJ Cruiser. The 2007 Toyota FJ Cruiser is security for the Personal Loan Agreement and Security Agreement executed by Debtors and delivered to Creditor. As of May 1, 2015, Debtors owe Creditor $14,915.66.

    IF YOU OBJECT to the requested relief, you must file an objection with the Clerk of the United States Bankruptcy Court, Dennis Chavez Federal Building and United States Courthouse, Tenth Floor, 500 Gold Avenue SW, P.O. Box 546, Albuquerque, NM 87103-0546) WITHIN 21 DAYS OF THE DATE OF MAILING OF THIS NOTICE. If you are an attorney, you must electronically file your objection. You must provide a copy of your objection to Scott & Kienzle, P.A. (Paul M. Kienzle III), Box 587, Albuquerque, NM 87103-0587.

    If objections are timely filed, a hearing to consider them will be held on short notice before Judge Jacobvitz for the movant and any objecting party.

    If no objections are timely filed, the Court may consider entry of an order granting the motion.

                          SCOTT & KIENZLE, P.A.

                          By:  Submitted electronically 05/05/15
                                Paul M. Kienzle III
                                Attorney for Creditor
                                Box 587
                                Albuquerque, NM 87103-0587
                                505/246-8600; FAX: 246-8682

I certify that I mailed a copy of this notice and
the Motion for Relief from Stay to:

Edward and Andrea Henderson
Debtors
5 Teypana Drive
Tijeras, NM 87059

James T. Burns, Esq.
Attorney for Debtors
1803 Rio Grande Blvd NW, Suite B
Albuquerque, NM 87104
505/246-2878

Edward Alexander Mazel, Esq.
Trustee
320 Gold Ave SW, Suite 300A
Albuquerque, NM 87102
505/433-3097

on this 5th day of May, 2015.

<u>Submitted electronically May 5, 2015</u>
Paul M. Kienzle III


<u>Plaintiff's or Creditor's Federal Disclosure</u>: This communication is from a debt collector. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, we will assume this debt is valid. If you notify this office in writing within 30 days, this office will obtain verification of the debt and mail you the verification or provide you with the name and address of the original creditor, if different from the current creditor. This communication, from a debt collector, is an attempt to collect a debt, and any information obtained will be used for that purpose.

/lsp