UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE:

EDWARD L. HENDERSON and
ANDREA L. HENDERSON,
    Debtors

Case No. 15-10325-j7

## RESPONSE IN OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, the Debtor, by and through their counsel of record, ALBUQUERQUE BUSINESS LAW, PC (James Burns) and hereby provides the Response in Opposition to Motion for Relief from Automatic Stay, and states the following;

1. There is a pending Chapter 7 bankruptcy.

2. The property referenced in the Creditor's Motion is scheduled in the Debtor's list of assets and Debtor proposes fair and equitable treatment of the secured claimant.

3. The Plan proposes to pay the secured claimant as required under the Bankruptcy Code.

4. The regularly scheduled discharge will moot the Creditor's Motion as the automatic stay ceases upon the discharge and closing of the Chapter 7 bankruptcy.

WHEREFORE, Debtor respectfully requests that this Court deny Creditor's Motion and grant any such further relief to the Debtors as the Court deems just and proper.

Respectfully Submitted,


ALBUQUERQUE BUSINESS LAW, P.C.

*/s/ James T. Burns "electronically submitted"*
James T. Burns, Esq.
*Attorney for Debtor*
1801 B Rio Grande Blvd NW
Albuquerque, NM 87104
(505) 246-2878
(505) 246-0900 – Facsimile
james@abqbizlaw.com


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of May, 2015, I filed the foregoing electronically through the CM-ECF system, which caused the parties or counsel of record to be served by electronic means:


*/s/James T. Burns "electronically submitted"*
James T. Burns, Esq.