

IT IS ORDERED

Date Entered on Docket: May 22, 2015

_____
**The Honorable Robert H Jacobvitz**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: EDWARD L. HENDERSON and
ANDREA L. HENDERSON,                      Case No. 15-10325-ja7

Debtors.

**STIPULATED ORDER EXTENDING DEADLINE FOR CHAPTER 7 TRUSTEE AND THE UNITED STATES TRUSTEE TO OBJECT TO DEBTORS' DISCHARGE UNDER 11 U.S.C. § 727 AND OTHER APPLICABLE LAW**

THIS MATTER came before the Court upon the stipulation of the Chapter 7 Trustee, Edward A. Mazel (the "**Trustee**"), the United States Trustee, and the debtors, Edward L. Henderson and Andrea L. Henderson, husband and wife, (together, the "**Debtors**") as evidenced by the signatures of the undersigned. After reviewing the pleadings of record, and being otherwise fully advised on the premises, the Court hereby finds entry of this Order appropriate under the circumstances and no just reason to delay entry hereof.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the deadline for the Trustee or the United States Trustee to object to the Debtors' discharge under 11 U.S.C. § 727 and other applicable law, is hereby extended until June 15, 2015.

### ### END OF ORDER ###

*Prepared and Submitted by:*

ASKEW & MAZEL, LLC
By: /*Submitted Electronically*
    Edward A. Mazel
    320 Gold Ave., S.W., Suite 300 A
    Albuquerque, NM 87102
    505-433-3097
    505-717-1494 (fax)
    edmazel@askewmazelfirm.com
*Chapter 7 Trustee*

*Approved by:*

ALBUQUERQUE BUSINESS LAW, PC
By: */s Approved telephonically 5.14.15*
    James T. Burns
    1803 Rio Grande Blvd NW, Ste B
    Albuquerque, NM 87104
    505-246-2878
    505-246-0900 (fax)
    james@abqbizlaw.com
*Attorney for Debtors*

By: */s Approved via e-mail signature on 5.15.15*
    Leonard K. Martinez-Metzgar, Esq., Trial Attorney
    Office of the US Trustee
    P.O. Box 608
    Albuquerque, NM 87103
    (505) 248-6544
    (505) 248-6558 (fax)